AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:23-mj-00348 |
| | ) Assigned To : Harvey, G. Michael |
| Michael Haltom | ) Assign. Date : 12/12/2023 |
| DOB: XXXXXX | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, | |
| 18 U.S.C. § 1752(a)(2) (Disorderly or disruptive conduct in a restricted building or grounds), | |
| 18 U.S.C. § 1752(a)(4) (Knowingly engaging in any act of physical violence against any person or property in any restricted building or grounds) | |
| 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder, | |
| 18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress, | |
| 18 U.S.C. § 1361 - Destruction of Government Property | |
| 40 U.S.C. § 5104(e)(2)(D) (Disorderly or disruptive conduct in a Capitol building) | |
| 40 U.S.C. § 5104(e)(2)(F)(Engaging in an act of physical violence in the Grounds or any of the Capitol Buildings) | |
| 40 U.S.C. § 5104(e)(2)(G) (Parading Demonstrating, or Picketing in a Capitol Building). | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*ML Tarducci*

_____
*Complainant's signature*

Matthew Tarducci, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ___12/12/2023___

_____
*Judge's signature*

City and state:       Washington, D.C.              G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*