AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America | Case: 1:23-mj-00348 |
| v. | ) Assigned To : Harvey, G. Michael |
| Michael Haltom | ) Assign. Date : 12/12/2023 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      Michael Haltom

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority)
18 U.S.C. § 1752(a)(2) (Disorderly or disruptive conduct in a restricted building or grounds)
18 U.S.C. § 1752(a)(4) (Knowingly engaging in any act of physical violence against any person or property in any restricted building or grounds)
18 U.S.C. § 231(a)(3) (Obstructing Law Enforcement During Civil Disorder)
18 U.S.C. § 1512(c)(2) (Obstruction of an Official Proceeding)
18 U.S.C. § 1361 (Destruction of Government Property)
40 U.S.C. § 5104(e)(2)(D) (Disorderly or disruptive conduct in a Capitol building)
40 U.S.C. § 5104(e)(2)(F) (Engaging in an act of physical violence in the Grounds or any of the Capitol Buildings)
40 U.S.C. § 5104(e)(2)(G) (Parading Demonstrating, or Picketing in a Capitol Building)

Date:  12/12/2023                              G. Michael Harvey  Digitally signed by G. Michael Harvey
                                                                 Date: 2023.12.12 14:07:33 -05'00'
_____             _____
                                                 *Issuing officer's signature*

City and state:      Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12-12-24 , and the person was arrested on *(date)* 1-24-24 |
| at *(city and state)*  Santa Fe Springs, CA . |
| Date:  1-24-24                              _____ |
|                                                 *Arresting officer's signature* |
|                                             Matthew C. Tarducci |
|                                                 *Printed name and title* |